FEB - 8 2011

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br>CURTIS BAKER<br><br>　　　　　　Defendant. | Case No.: EDCR03-0002-VAP<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CENTRAL__ District of __CALIFORNIA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BAIL RESOURCES
- UNDERLYING ALLEGED OFFENSE
- UNKNOWN BACKGROUND OR COMMUNITY TIES

1

1  and/or

2  B.  ( )  The defendant has not met his/her burden of establishing by clear and
3       convincing evidence that he/she is not likely to pose a danger to the
4       safety of any other person or the community if released under 18
5       U.S.C. § 3142(b) or (c). This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

15  Dated: 2/8/11

                                    _____
                                    HONORABLE DAVID T. BRISTOW
                                    United States Magistrate Judge

2